IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BENJAMIN SANCHEZ, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>THE STATE OF HAWAII; NOLAN )<br>ESPINDA, in his official )<br>capacity as Warden of Oahu )<br>Community Correctional )<br>Center, )<br>)<br>Respondents. ) | CIVIL NO. 09-00082 ACK-KSC<br><br>FINDINGS AND RECOMMENDATION TO<br>DISMISS PETITION FOR WRIT OF<br>HABEAS CORPUS |

FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR
WRIT OF HABEAS CORPUS

On March 11, 2009, Petitioner Benjamin Sanchez filed a Reply to the State of Hawaii's Answer to his Petition.  In his Reply, Sanchez asked the district court to dismiss his Petition. Sanchez stated that his Petition is moot, as he expected to be released from jail on March 11, 2009.  Accordingly, the Court FINDS and RECOMMENDS that the district court dismiss Sanchez's Petition.

IT IS SO FOUND AND RECOMMENDED.

Dated: Honolulu, Hawaii, March 13, 2009.



_____
Kevin S.C. Chang
United States Magistrate Judge

SANCHEZ V. HAWAII ET AL.; CV 09-00082 ACK-KSC; FINDINGS AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS