IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BENJAMIN SANCHEZ, | ) | CIVIL NO. 09-00082 ACK-KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE STATE OF HAWAII; NOLAN ESPINDA, in his official capacity as Warden of Oahu Community Correctional Center, | ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 16, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Petition for Writ of Habeas Corpus" are adopted as the opinion and order of this Court.

Due for Adoption:

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, April 6, 2009.



_____
Alan C. Kay
Sr. United States District Judge